# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



<u>ABIGAIL SOSTRE-BURGOS</u>

      VS.                        **CIVIL NO.**  <u>05-1230</u> **(JAF)**

<u>COMMISSIONER OF SOCIAL</u>
<u>SECURITY</u>

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [ ] Plffs. | [ ] Defts. | |

| **- O R D E R -** |
|---|
| After having reviewed the Magistrate-Judge's Report and Recommendation, <u>Docket Document No. 12</u>, and no objections having been filed within the time allowed, the court **ADOPTS** the Magistrate's Report and **AFFIRMS** the Commissioner's decision. |
|     **IT IS SO ORDERED.** |

<u>  October 5, 2005  </u>                <u>S/José Antonio Fusté</u>
    Date                                   José Antonio Fusté
                                                  Chief U.S. District Judge